IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDREW EDGECOMBE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1165

Opinion filed August 15, 2017.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Andrew Edgecombe, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order dated March 23, 2017, and having determined the appeal is untimely, the appeal is hereby DISMISSED. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

ROWE, MAKAR, and JAY, JJ., CONCUR.